UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA FRANKLIN, | ) Case No. 16-cv-03834 YGR |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
|    vs. | ) |
| | ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

     IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

     Dated this <u>21st</u> day of November 2016

     _____
     The Honorable Yvonne Gonzalez Rogers
        UNITED STATES DISTRICT COURT